UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLANDO LUDA RAMOS,<br><br>   Petitioner,<br><br> v.<br><br>RANDY GROUNDS, Warden,<br><br>   Respondent. | No. EDCV 12-795 MWF (FFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

 IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: November 30, 2012

              _/s/ Michael W. Fitzgerald_
              MICHAEL W. FITZGERALD
              United States District Judge